1  LINDA CLAXTON, State Bar No. 125729
   linda.claxton@ogletreedeakins.com
2  CHRISTOPHER W. DECKER, State Bar No. 229426
   christopher.decker@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  400 South Hope Street, Suite 1200
   Los Angeles, California 90071
5  Telephone:  (213) 239-9800
   Facsimile:   (213) 239-9045
6
   Attorneys for Defendant
7  GRUMA CORPORATION

**JS-6**

8
# UNITED STATES DISTRICT COURT
9
# CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  DORA ARELLANO, an individual, | Case No. EDCV 10-1110 ODW (OPx) |
| 12           Plaintiff, | **ORDER TO DISMISS WITH PREJUDICE** |
| 13      v. | Trial Date:  None |
| 14  GRUMA CORPORATION and DOES 1 to 50, inclusive, | |
| 15           Defendants. | |

1     Based upon the Stipulation between the parties and their respective counsel, it
2 is hereby ORDERED that this action is hereby dismissed with prejudice pursuant to
3 FRCP 41(a)(1)(A)(ii).

4

5 IT IS SO ORDERED.

6

7 DATED: February 23, 2011          By: _____
8                                                       Hon. Otis D. Wright, II

9

10 9510683.1 (OGLETREE)